IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SEACOR MARINE, LLC, et al.,** )  )  | |
| **Plaintiffs,** )  )  | |
| vs. ) ) | CIVIL ACTION NO. 14-0596-CG-C |
| **C&G BOAT WORKS, INC., et al,** )  )  | |
| **Defendants.** ) | |

## ORDER

This cause is before the court on the Notice of Automatic Stay filed by C&G Boat Works, Inc. (Doc. 120) and the Notice of Automatic Stay filed by Graham Gulf, Inc. (Doc. 122).

Pursuant to 11U.S.C. § 362, the filing of a bankruptcy petition operates as a stay of an action.  Therefore, this action is hereby **STAYED** as to C&G Boat Works, Inc. and Graham Gulf, Inc.

The parties are **ORDERED** to notify the court within thirty (30) days of the resolution of the bankruptcy proceedings, or of a lift of the stay.

**DONE and ORDERED** this 29th day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE