IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SEACOR MARINE, LLC, and LIAM J. MCCALL, LLC,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> **C & G BOAT WORKS, INC., DAVENPORT PROPERTIES, LLC, GRAHAM GULF, INC., GRAHAM HOLDING COMPANY, INC., GRAHAM TIMBER, LLC, JEG-SLG MARENGO COUNTY FARM, LLC, SLG INVESTMENTS, L.P., and JANSON GRAHAM,** ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 14-0596-CG-C |

**ORDER**

The parties having filed a Joint Stipulation of Dismissal (Doc. 149), all claims in this cause are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his or its own costs.[1]

**DONE and ORDERED** this 9th day of November, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the parties released Westchester Fire Insurance Company from liability under surety bond number K08911277 as of November 8, 2016.